IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS INTEGRATION INC., <br><br> Plaintiff, <br><br> v. <br><br> AEROFLEX INCORPORATED and AEROFLEX PLAINVIEW, INC., <br><br> Defendants. | Civil Action No. 09-769-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 22, 2011, true and correct copies of **BAE Systems' Second Set of Requests for Admission to Aeroflex (Nos. 33-47)** and **BAE Systems' Third Set of Requests for Admission to Aeroflex Regarding Authentication** were caused to be served on the following attorneys of record in the manner indicated:

**HAND DELIVERY**
Matt Neiderman
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801-1659

Dated:  June 27, 2011         FISH & RICHARDSON P.C.

By: */s/ Douglas E. McCann*
 Douglas E. McCann (#3852)
 Linhong W. Zhang (#5083)
 222 Delaware Avenue, 17th Floor
 P.O. Box 1114
 Wilmington, DE  19899-1114
 Tel:  302-652-5070
 dmccann@fr.com
 lwzhang@fr.com

 John M. Skenyon
 Jolynn M. Lussier
 Thomas Brown
 225 Franklin Street
 Boston, MA  02110
 Tel:  617-542-5070
 skenyon@fr.com
 lussier@fr.com
 tbrown@fr.com

 Attorneys for Plaintiff
 BAE SYSTEMS INFORMATION AND
 ELECTRONIC SYSTEMS INTEGRATION INC.